**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                        Case No. 19-12363

TELEGRAPH & GODDARD AMOCO
SERVICE CENTER, INC.,
et al.,

    Defendants.
                                      /

**JUDGMENT**

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 27) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants A Z M Fuel, LLC, Asil Petro, LLC, B & A Fuel 2, Inc., and Warren Inkster Mobil in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant A Z M Fuel, LLC, in the amount of $63,480.15.

2. Plaintiff shall receive a judgment against Defendant Asil Petro, LLC, in the amount of $63,480.15.

3. Plaintiff shall receive a judgment against Defendant B & A Fuel 2, Inc., in the amount of $63,480.15.

4. Plaintiff shall receive a judgment against Defendant Warren Inkster Mobil in the amount of $63,480.15.

Dated; January 3, 2020

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                              S/Lisa Wagner
                              By: Case Manager and Deputy Clerk to
                                  Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-12363.OUTLAW.Judgment.RMK.docx